IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL A. GUSS, AIS#251123, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11cv602-TMH |
| ) | |
| WARDEN CHERYL PRICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On August 10, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 3).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this the 6th da of September,  2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE